COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Maria Turrubiartes v. Jose Pablo Olvera

Appellate case number:   01-16-00322-CV

Trial court case number: 2014-70680

Trial court:             309th District Court of Harris County

The en banc court has voted unanimously against reconsideration. Accordingly, appellant Maria Turrubiartes's motion for en banc reconsideration is **denied**.

Justice's signature: /s/ Jane Bland
                     Acting for the Court

En Banc Court consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Lloyd, and Caughey.

Date: February 6, 2018